RECEIVED
MAY 17 2006
OFFICE OF U.S. DISTRICT
BRUCE S. JENKINS
U.S. DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
2006 MAY 17 P 3: 01
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:06CV150 BSJ |
| Petitioner, | : | |
| v. | : | [~~PROPOSED~~] ORDER |
| FAKELELU KATOA, | : | District Judge Bruce S. Jenkins<br>Magistrate Judge David O. Nuffer |
| Respondent. | | |

The United States of America filed a petition to enforce its December 1, 2005 IRS Summons ("the Summons") pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court issued an Order to Show Cause on February 22, 2006, which referred this matter to Magistrate Judge Nuffer under 28 U.S.C. § 636(b)(3) and directed him to hear the evidence and make a written recommendation to this Court for proper disposition. United States v. Jones, 581 F.2d 816, 817 (10th Cir. 1978) (referring IRS summons enforcement to magistrate judge under 28 U.S.C. § 636(b)(3)). After reviewing the record de novo, I adopt the Magistrate Judge's Report and Recommendation and find that Respondent has failed to show cause why she should not be compelled to comply with the Summons. Consequently, I order Respondent to provide to the IRS the information requested in the Summons on or before **June 2, 2006**.

DATED this 17th day of May 2006.

BY THE COURT:

Bruce S. Jenkins, United States District Court Judge

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing Report and Recommendation and Order were mailed, postage prepaid, this  15th  day of May, 2006 to the following:

Filia (Phil) H. Uipi
313 East 900 South
Salt Lake City, UT 84111

